DOUGLAS S. CHIN          6465
Attorney General

GARY S. SUGANUMA         6960
RYAN W. ROYLO            6329
PAUL R. MOW              6741
HOLLY T. SHIKADA         4017
Deputy Attorneys General
235 South Beretania Street, Room 304
Honolulu, Hawaii  96813
Tel: (808) 586-1255
FAX: (808) 586-1488
Email:  gary.s.suganuma@hawaii.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KIPENI LUTU, JR., GABRIELLE S. VALDES, individually and as parents and next friends of their minor child, JOHN DOE,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>STATE OF HAWAII BOARD OF EDUCATION DEPARTMENT OF EDUCATION, JOHN DOES 1-20, JANE DOES 1-20, DOE PARTNERSHIPS 1-20, CORPORATIONS OR OTHER ENTITIES 1-20,<br><br>　　　　　Defendants. | CIVIL NO. CV16-00085 LEK-KSC<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER |

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS AND ALL PARTIES AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action through their respective counsel pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the First Amended Complaint of Plaintiffs KIPENI LUTU, JR. and GABRIELLE S. VALDES, individually and as parents and next friend of their minor child, JOHN DOE, filed against Defendants HAWAII STATE BOARD OF EDUCATION and HAWAII STATE DEPARTMENT OF EDUCATION, in the above-entitled action, is hereby DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorneys' fees.

There are no remaining parties and/or claims. This stipulation is signed on behalf of all parties who have appeared in this action.

DATED: Honolulu, Hawaii, March 8, 2017.

/s/ Peter C. Hsieh
PETER C. HSIEH, ESQ

Attorney for Plaintiffs
KIPENI LUTU, JR. and GABRIELLE S. VALDES, individually and as parents and next friend of their minor child, JOHN DOE

/s/ Gary S. Suganuma
GARY S. SUGANUMA
Deputy Attorney General

Attorney for Defendants
HAWAII STATE BOARD OF EDUCATION
and HAWAII STATE DEPARTMENT OF
EDUCATION

APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

---

*Kipeni Lutu, Jr., et al. v. Hawaii State Board of Education, et al.*; CIVIL NO. 16-00085 LEK-KSC; Stipulation for Dismissal With Prejudice of All Claims and All Parties and Order